# DECISIONES PER CURIAM
## ENERO 1 A JULIO 20, 1915

No. 1261. Belaval, Demandante y Apelante, *v.* Todd, Alcalde de San Juan, Demandado y Apelado.—*Mandamus.* San Juan, Sección 2ª. Enero 11, 1915. *Desistida la apelación.*

---

No. 750. El Pueblo, Demandante y Apelado, *v.* Ramos, Acusado y Apelante.—

No. 752. El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusado y Apelante.—

No. 753. El Pueblo, Demandante y Apelado, *v.* Morales, Acusado y Apelante.—

No. 754. El Pueblo, Demandante y Apelado, *v.* Velázquez, Acusado y Apelante.—

No. 757. El Pueblo, Demandante y Apelado, *v.* García, Acusado y Apelante.—

No. 758. El Pueblo, Demandante y Apelado, *v.* Renta, Acusado y Apelante.—

No. 759. El Pueblo, Demandante y Apelado, *v.* Estrada, Acusado y Apelante.—

Delitos contra el derecho electoral. Ponce. Enero 13, 14 y 18, 1915. *Confirmadas las sentencias.*

---

No. 1211. Guadalupe, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

No. 1212. Cruz, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

No. 1213. Fuente, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

No. 1217. Roque, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

*Certiorari.* Guayama. Enero 18, 1915. *Desestimadas las apelaciones.*